**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theodore E. Coit, Jr., | ) | No. CV-10-0436-PHX-DGC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| Sutton Funding LLC, et al., | ) | |
| Defendants. | ) | |

On May 24, 2010, this Court dismissed Plaintiff Theodore E. Coit, Jr.'s complaint against Defendants Sutton Funding, LLC, HomEq Servicing Corporation, Equifirst Corporation, and Barclays Capital Real Estate, Inc. with prejudice. Doc. 31. On June 3, 2010, Plaintiff filed a motion for leave to appeal *in forma pauperis* (Doc. 37) and Defendants opposed (Doc. 41).

A party seeking leave to appeal *in forma pauperis* must provide the court with detailed information regarding "the party's inability to pay," including employment history, and sources and amounts of income. Fed. R. App. P. 24(a)(1)(A); Fed. R. App. Form 4. The court may deny the motion if the party fails to provide such information. *See United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (per curiam). Plaintiff asserts that he is "without property or money with which to pay the costs of appeal," and his signed affidavit states that "Plaintiff's money and property have been depleted and exhausted by this litigation and Plaintiff has no money or property with which to pay . . . ." Doc. 37. The affidavit contains no further information that verifies his claim to poverty, as required by

1  Rule 24.  Accordingly, the Court denies Plaintiff's motion.

2  **IT IS ORDERED** that Plaintiff's motion for leave to appeal *in forma pauperis*
3  (Doc. 37) is **denied**.

4  DATED this 5th day of October, 2010.

David G. Campbell
United States District Judge

- 2 -